IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JAMES WOODCOX,                ) | |
|     ) | |
|     Plaintiff,           ) | |
|     ) | CIVIL ACTION NO. |
|     v.                 ) | 2:06cv396-MHT |
|     ) | (WO) |
| HOMES OF LEGEND, INC.,        ) | |
| and CHAMPION ENTERPRISES,     ) | |
| INC.,                         ) | |
|     ) | |
|     Defendants.          ) | |

### JUDGMENT

Pursuant to the joint stipulation for dismissal (Doc. No. 31), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed with prejudice, with costs taxed as paid.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 9th day of January, 2009.

                                    /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE